**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2363**

GEROD STUKES,

Plaintiff - Appellant,

v.

PARAGON SYSTEMS, INC.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:16-cv-00675-RAJ-RJK)

Submitted: August 23, 2018                    Decided: August 27, 2018

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gerod Stukes, Appellant Pro Se. Kyle Reese Elliott, Alexander Tevis Marshall, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerod Stukes appeals the district court's orders granting summary judgment to his former employer, Paragon Systems, Inc., and denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stukes v. Paragon Sys., Inc.*, No. 2:16-cv-00675-RAJ-RJK (E.D. Va. Oct. 19, 2017, Nov. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*